Filed 7/2/26  In re D.R. CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| In re D.R., a Person Coming Under the Juvenile Court Law. | 2d Juv. No. B343693 Super. Ct. No. SJ0238E (Los Angeles County) |
| THE PEOPLE, Plaintiff and Respondent, v. D.R., Defendant and Appellant. | |

D.R. appeals from the juvenile court's order adjudicating him a ward of the court pursuant to Welfare and Institutions Code section 602 after the court found appellant committed second degree robbery.  (Pen. Code, § 211.)

On the morning of November 26, 2024, Nathaniel was riding his skateboard when four or five boys approached him. One of the boys pointed a firearm at Nathaniel and said, "Run your pockets."  Nathaniel did not know what to do, so the boy pushed him to the floor, took his skateboard, and told him to

empty his pockets.  Nathaniel did so, but he had only his house keys.

Appellant put a firearm to Nathaniel's head.  After the first boy said that he "runs the block" and that he was from "Hartland Boys," appellant said to hurry up because they were taking too much time.  Both appellant and the first boy put away their guns and walked off.

Appellant testified he had never seen Nathaniel before and knew nothing about the robbery of his skateboard.

After the court sustained the robbery allegation, appellant admitted a Penal Code section 245, subdivision (a)(1) violation on a separate petition.  The court ordered appellant committed to the care of probation and placement in a camp program for a term of five to seven months.

We appointed counsel to represent appellant in this appeal. After examination of the record, counsel filed an opening brief raising no issues.  On April 10, 2026, we sent a letter advising appellant that he had 30 days to submit any grounds for appeal, contentions, or arguments he wished us to consider.  We have received no such submission from appellant.

We have reviewed the entire record and are satisfied that counsel has fully complied with their responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 441.)  The judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>


                              CODY, J.

We concur:


    YEGAN, Acting P. J.          BALTODANO, J.


2

Susan Ser, Judge
Superior Court County of Los Angeles

_____


Courtney M. Selan, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.